# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY ARLENE TURNER,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security<br><br>Defendant. | **Case No. 1:14-cv-1482-EPG**<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY ("EAJA") FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)**<br><br>**(Doc. 20)** |

Pursuant to the Stipulation between the parties filed on April 15, 2016 (Doc. 20), it is hereby ordered that attorney fees in the amount of $5,130.00, shall be awarded to Plaintiff under 28 U.S.C. § 2412(d) (EAJA).

Any EAJA fees shall be paid pursuant to the stipulation of the parties and pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). If it is determined that Plaintiff does not owe a debt that is subject to the Treasury Offset Program, fees may be made payable to Plaintiff and delivered to Plaintiff's attorney.

IT IS SO ORDERED.

Dated: **April 19, 2016**            /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

1